**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED SPECIALTY INSURANCE;
AMTRUST INTERNATIONAL
UNDERWRITERS DAC; and
REPUBLIC VANGUARD
INSURANCE COMPANY,

Plaintiffs,

v. Case No. 6:22-cv-1360-RBD-DCI

KOLTER SIGNATURE HOMES,
LLC; KOLTER GROUP, LLC;
HEATHROW OAKS, LLC; JOHN
CSAPO; and GRANDE OAKS AT
HEATHROW ASSOCIATION, INC.,

Defendants.

---

**ORDER**

On *sua sponte* review of Plaintiffs' Complaint (Doc. 1), Plaintiffs have failed to establish subject matter jurisdiction.

Federal courts have the "power to decide only certain types of cases"—including cases brought based on diversity jurisdiction under 28 U.S.C. § 1332. *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1260–61 (11th Cir. 2000). In such cases, courts must ensure that the citizenship of the parties is completely diverse and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332. Citizenship of a limited liability company ("LLC") is determined by the citizenship of each of its

members. *See Rolling Greens MHP, LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004); *Burns v. Essex Partners, Inc.*, No. 6:18-cv-2143, 2019 WL 1093440, at *1 (M.D. Fla. Jan. 16, 2019).

Here, three of the Defendants are LLCs, but the Complaint alleges only that their "members are citizens of Florida." (Doc. 1, ¶¶ 7–9.) But this information is insufficient for the Court to assure itself of jurisdiction; Plaintiffs must allege the *identities* and citizenships of each member of each LLC for the Court to determine whether there is actually complete diversity. *See TMH Med. Servs., LLC v. Nat'l Union Fire Ins. Co.*, No. 6:17-cv-920, 2017 WL 8941180, at *1 (M.D. Fla. June 22, 2017).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.
2. By **Wednesday, August 17, 2022**, Plaintiffs may file an amended complaint correcting the deficiency identified in this Order. Failure to timely file will result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 3, 2022.

ROY B. DALTON JR.
United States District Judge