UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:22-cv-1360-RBD-DCI

UNITED SPECIALTY INSURANCE, a foreign entity; AMTRUST INTERNATIONAL UNDERWRITERS DAC, a foreign entity; REPUBLIC VANGUARD INSURANCE COMPANY, a foreign entity,

Plaintiffs,

vs.

KOLTER SIGNATURE HOMES, LLC, a Florida entity; KOLTER GROUP, LLC, a Florida entity; HEATHROW OAKS, LLC, a Florida entity, JOHN CSAPO, an individual; and GRANDE OAKS AT HEATHROW ASSOCIATION, INC., a Florida entity,

Defendants.
_________________________________/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM AND AMENDED MOTION TO DISMISS**

Plaintiffs, United Specialty Insurance, AmTrust International Underwriters DAC, and Republic Vanguard Insurance Company, by and through undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Respond to Defendant's Counterclaim [D.E. 19] and Amended Motion to Dismiss [D.E. 22], and in support thereof state:

1. Plaintiffs' response to Kolter Signature Homes, LLC; Kolter Group, LLC; Heathrow Oaks, LLC; and John Csapo (collectively, "Kolter")'s Counterclaim [D.E. 19] is due on October 18, 2022.

2. Plaintiffs' response to Kolter's Amended Motion to Dismiss is due on October 26, 2022.

3. Plaintiffs have been working diligently toward preparing a response in time to meet the deadline. However, unfortunately due to the press of other matters, including counsel's recent and upcoming trials and holidays, counsel to Plaintiffs is in need of additional time to prepare a response to both the Counterclaim and Amended Motion to Dismiss.

4. Accordingly, Plaintiffs request a two-week extension of time to file their response to Kolter's Counterclaim and Amended Motion to Dismiss, making them due on November 1, 2022, and November 9, 2022, respectively.

5. Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Kolter's counsel and they have indicated that Kolter has no opposition to the extension sought herein.

6. This request for extension is made in good faith, is reasonable under the circumstances, is not sought for the purpose of delay, and will not cause prejudice to any party.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an Order granting it an extension of time, up to and including November 1, 2022, to respond to the Counterclaim and up to and including November 9, 2022, to respond to the Amended Motion to Dismiss.

**LOCAL RULE 3.01(g) CERTIFICATE OF GOOD FAITH CONFERENCE**

I HEREBY CERTIFY that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief south in this Motion in a good faith effort to resolve the issues raised in this Motion, and that Kolter indicated that they do not oppose the relief requested herein.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
T: 786.353.0210 / F: 786.513.2249

By: */s/ Seth V. Alhadeff*
SETH V. ALHADEFF
Florida Bar No.: 525235
seth.alhadeff@lewisbrisbois.com
RAVIKA RAMESHWAR
Florida Bar No.: 123659
ravika.rameshwar@lewisbrisbois.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2022, the foregoing document was filed and served upon all counsel of record via the Middle District Court's CM/ECF.

By: */s/ Seth V. Alhadeff*
SETH V. ALHADEFF