UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:22-cv-1360-RBD-DCI

UNITED SPECIALTY INSURANCE, a foreign entity; AMTRUST INTERNATIONAL UNDERWRITERS DAC, a foreign entity; REPUBLIC VANGUARD INSURANCE COMPANY, a foreign entity,

Plaintiffs,

vs.

KOLTER SIGNATURE HOMES, LLC, a Florida entity; KOLTER GROUP, LLC, a Florida entity; HEATHROW OAKS, LLC, a Florida entity, JOHN CSAPO, an individual; and GRANDE OAKS AT HEATHROW ASSOCIATION, INC., a Florida entity,

Defendants.
_________________________________/

**PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS', KOLTER SIGNATURE LLC, KOLTER GROUP LLC, HEATHROW OAKS LLC AND JOHN CSAPO'S COUNTERCLAIM**

Plaintiffs, United Specialty Insurance ("United"), AmTrust International Underwriters DAC ("AmTrust"), and Republic Vanguard Insurance Company ("Republic") (collectively, "Plaintiffs"), by and through undersigned counsel, hereby file their Answer and Affirmative Defenses to Defendants, Kolter Signature LLC ("Kolter Signature"), Kolter Group LLC ("Kolter Group"), Heathrow Oaks

LLC ("Heathrow") and John Csapo ("Csapo") (collectively, "Counterclaim Plaintiffs")'s Counterclaim [D.E. 19], and in support thereof state:

## THE PARTIES, JURISDICTION, AND VENUE

1. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

2. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

3. Without knowledge and, therefore, denied.

4. Without knowledge and, therefore, denied.

5. Without knowledge and, therefore, denied.

6. Without knowledge and, therefore, denied.

7. Admitted for jurisdictional purposes only; otherwise denied.

8. Admitted for jurisdictional purposes only; otherwise denied.

9. Admitted for jurisdictional purposes only; otherwise denied.

10. Without knowledge and, therefore, denied.

11. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

## GENERAL ALLEGATIONS

### The Project and Insurance Policies

12. Without knowledge and, therefore, denied.

13. Admitted that the subject project involved in this dispute consisted of 52 buildings including 314 townhomes, but otherwise denied.

14. Without knowledge and, therefore, denied.

15. Without knowledge and, therefore, denied.

16. Without knowledge and, therefore, denied.

17. Admitted that Kolter purchased commercial general liability insurance policies; otherwise without knowledge and, therefore, denied.

18. Without knowledge as to all the policies Kolter purchased and, therefore, denied.

19. Without knowledge as to all the insurance Kolter purchased and, therefore, denied.

20. Admitted.

21. The United Policies, as defined in the Counterclaim, speak for themselves as it relates to the endorsement; otherwise, denied.

22. Admitted.

23. The AmTrust Policies, as defined in the Counterclaim, speak for themselves as it relates to the endorsement; otherwise, denied.

24. Admitted.

25. The Republic Policy, as defined in the Counterclaim, speak for themselves as it relates to the endorsement; otherwise, denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

26. The Policies speak for themselves; otherwise, denied.

27. The Policies speak for themselves; otherwise, denied.

28. The Policies speak for themselves; otherwise, denied.

29. The Policies speak for themselves; otherwise, denied.

30. The Policies speak for themselves; otherwise, denied.

31. The Policies speak for themselves; otherwise, denied

32. The Policies speak for themselves; otherwise, denied.

33. The Policies speak for themselves; otherwise, denied.

34. The Policies speak for themselves; otherwise, denied.

35. The Policies speak for themselves; otherwise, denied.

36. The Policies speak for themselves; otherwise, denied.

37. The Policies speak for themselves; otherwise, denied.

38. The Policies speak for themselves; otherwise, denied.

39. The Policies speak for themselves; otherwise, denied.

40. The Policies speak for themselves; otherwise, denied.

41. The Policy speaks for itself; otherwise, denied.

42. The Policies speak for themselves; otherwise, denied.

43. Denied.

44. Denied.

45. The Policies speak for themselves; otherwise, denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

46. Denied.

47. The Policies speak for themselves; otherwise, denied.

48. Denied.

49. The Policies speak for themselves; otherwise, denied.

50. The Policies speak for themselves; otherwise, denied.

51. The Policy speaks for itself; otherwise, denied.

52. Denied.

53. The Policies speak for themselves; otherwise, denied.

54. The Policies speak for themselves; otherwise, denied.

55. The Policies speak for themselves; otherwise, denied.

**The Underlying Actions**

56. Admitted that on December 29, 2020, the Association filed suit against Kolter Signature, Heathrow, and Csapo, among others, based on public records, and that the case caption is Grande Oaks at Heathrow Association, Inc. v. Kolter Signature Homes, LLC, et al., Case No: 2020CA003188, and is pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida. Otherwise denied.

57. Admitted.

58. Admitted that the Underlying Lawsuit alleges that the subject property consists of 52 buildings with two and three-story townhomes. Otherwise, denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

59. The underlying complaint speaks for itself. Otherwise, denied.

60. The underlying complaint speaks for itself. Otherwise, denied.

61. The underlying complaint speaks for itself. Otherwise, denied.

62. The underlying complaint speaks for itself. Otherwise, denied.

63. The underlying complaint speaks for itself. Otherwise, denied.

64. The underlying complaint speaks for itself. Otherwise, denied.

65. The underlying complaint speaks for itself. Otherwise, denied.

66. The underlying complaint speaks for itself. Otherwise, denied.

67. The underlying complaint speaks for itself. Otherwise, denied.

68. Admitted that on March 10, 2022, the Association sued Kolter Group. Otherwise, denied.

69. The underlying complaint against Kolter Group speaks for itself. Otherwise, denied.

70. The underlying complaint against Kolter Group speaks for itself. Otherwise, denied.

71. The underlying complaint against Kolter Group speaks for itself. Otherwise, denied.

72. The underlying complaint against Kolter Group speaks for itself. Otherwise, denied.

73. Denied.

74. Denied.

75. Denied.

**Tender to the Insurers**

76. Denied.

77. Denied.

78. Denied.

**Insurer's Duty to Defend Kolter**

79. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

80. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

81. The underlying complaint speaks for itself. Otherwise, denied.

82. The underlying complaint against Kolter Group speaks for itself. Otherwise, denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. The Policies speak for themselves. Otherwise, denied.

97. Denied.

98. Denied.

**Declaratory Relief Is Necessary**

99. Denied.

100. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

101. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

102. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

**COUNT I – Declaratory Relief (Duty to Defend) Kolter Signature, Csapo, and Heathrow**

103. Plaintiffs incorporate the above paragraphs as if fully set forth herein.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

104. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

105. Denied.

106. Without knowledge and, therefore, denied.

107. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

108. Without knowledge and, therefore, denied.

109. Denied.

110. Denied.

111. Denied.

112. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph, including its subparts, and deny that Defendants are entitled to any such relief.

**COUNT II – Declaratory Relief (Designated Work Endorsement Exclusion)**

113. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

114. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

115. Denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

116. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied. Further, this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

117. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

118. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

119. Without knowledge and, therefore, denied.

120. Denied.

121. Denied.

122. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph and that Defendants are entitled to any such relief.

**COUNT III – Declaratory Relief (Wrap-Up Endorsement)**

123. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

124. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

125. Denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

126. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied. Further, this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

127. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

128. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

129. Without knowledge and, therefore, denied.

130. Denied.

131. Denied.

132. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph and that Defendants are entitled to any such relief.

**COUNT IV – Declaratory Judgment (Exterior Insulation Finish System)**

133. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

134. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

135. Denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

136. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied. Further, this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

137. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

138. Without knowledge and, therefore, denied.

139. Denied.

140. Denied.

141. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph and that Defendants are entitled to any such relief.

## COUNT V – Declaratory Relief (SIR)

142. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

143. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

149. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph, including its subparts, and deny that Defendants are entitled to any such relief.

**COUNT VI – Declaratory Judgment (Prior Completed Operations)**

150. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

151. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

152. Denied.

153. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied. Further, this paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

154. Plaintiffs' allegations in the Amended Complaint speak for themselves. Otherwise, denied.

155. Without knowledge and, therefore, denied.

156. Denied.

157. Denied.

158. This paragraph contains Defendants' request for relief, to which no response is required. To the extent a response is required, Plaintiffs deny the allegations in this paragraph and that Defendants are entitled to any such relief.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

All allegations not expressly admitted are denied.

## AFFIRMATIVE DEFENSES

1. Defendants' counterclaims are duplicative of Plaintiffs' claims set forth in the Amended Complaint in that they seek declaratory relief over the same exact policy provisions Plaintiffs already sought clarity on. Accordingly, Defendants' counterclaim serves no useful purpose under the Declaratory Judgement Act and this Court lacks jurisdiction.

2. The Association claims that Defendants had knowledge of building code violations by at least February 2016 and failed to correct the violations. Accordingly, even if Defendants prevail on their declaratory judgment action, coverage under certain policies is precluded under the known loss doctrine, both under Florida law and under the terms and conditions of the policies, which expressly preclude coverage for same.

3. The Association claims that Defendants had knowledge of building code violations by at least February 2016 and failed to correct the violations. Accordingly, even if Defendants prevail on their declaratory judgment action, coverage under certain policies is precluded as there can be no "occurrence" for damages the Defendants had knowledge of.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**, The Alhambra, 2 Alhambra Plaza, Suite 1110, Coral Gables, FL 33134
Telephone: 786.353.0210, Facsimile: 786.513.2249

4. Plaintiffs incorporate all of the policy language cited to in their Amended Complaint and state that the policy language supports their defenses to coverage of the claims.

5. The policy langue cited in the Counterclaim is clear and unambiguous such that there is no need for the Court to make a determination as to the meaning of same.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
T: 786.353.0210 / F: 786.513.2249

By: *<u>/s/ Seth V. Alhadeff</u>*
SETH V. ALHADEFF
Florida Bar No.: 525235
seth.alhadeff@lewisbrisbois.com
RAVIKA RAMESHWAR
Florida Bar No.: 123659
ravika.rameshwar@lewisbrisbois.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2022, the foregoing document was served upon all counsel of record by CM/ECF listed on the service list below.

By: *<u>/s/ Seth V. Alhadeff</u>*
SETH V. ALHADEFF