**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED SPECIALTY INSURANCE,
AMTRUST INTERNATIONAL
UNDERWRITERS DAC and
REPUBLIC VANGUARD
INSURANCE COMPANY,

Plaintiffs,

v. Case No: 6:22-cv-1360-RBD-DCI

KOLTER SIGNATURE HOMES,
LLC, KOLTER GROUP, LLC,
HEATHROW OAKS, LLC, JOHN
CSAPO and GRANDE OAKS AT
HEATHROW ASSOCIATION, INC.,

Defendants.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Amended Joint Notice of Settlement filed on August 1, 2023 (Doc. 47), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown,

to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 2, 2023.

ROY B. DALTON, JR.
United States District Judge